NUMBER 13-06-664-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________ _____________________________________


TEXAS PARKS & WILDLIFE DEPARTMENT, Appellant,


v.



REYNALDO SALINAS, Appellee.

________________________________________________________


On appeal from County Court at Law No. 2 


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam


 Appellant, TEXAS PARKS & WILDLIFE DEPARTMENT, perfected an appeal from
a judgment entered by the County Court at Law No. 2 of Hidalgo County, Texas, in
cause number CL-04-771-B. After the appeal was abated pending settlement, the
parties filed a joint motion to dismiss the appeal. In the motion, the parties state that
they have reached a final settlement in this cause. The parties move this Court to
dismiss the appeal as moot and to assess costs to the party incurring same.

 The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the appeal should be reinstated and the
motion to dismiss should be granted. The appeal is hereby reinstated. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered and filed this

the 8th day of March, 2007.